IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**SPEEDCAST INTERNATIONAL LIMITED,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 20-32243 (MI)**<br><br>**(Jointly Administered)** |
| **Black Diamond Commercial Finance, L.L.C.; BDCM Opportunity Fund IV, L.P.; BDCM Opportunity Fund V, L.P.; Black Diamond CLO 2016-1 Ltd.; Black Diamond CLO 2017-1 Ltd.; and Black Diamond CLO 2019-2 Ltd.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Centerbridge Partners, L.P.; CCP III Credit Acquisition Holdings, LLC; CB Hermes Holdings, L.P.; Centerbridge Capital Partners III, L.P.; and Centerbridge Capital Partners SBS III, L.P.,**<br><br>Defendants. | **Adversary No. 20-\_\_\_\_\_**<br><br>**COMPLAINT**<br><br>**[Filed under seal]** |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/speedcast. The Debtors' service address for the purposes of these chapter 11 cases is 4400 S. Sam Houston Parkway East, Houston, Texas 77048.

**[Plaintiffs' Complaint in the above-captioned
Adversary Proceeding is filed under seal.]**

Dated: Houston, Texas
December 9, 2020

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Wallis M. Hampton*
Wallis M. Hampton
Attorney-in-Charge
State Bar No. 00784199
Federal Bar No. 16123
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5116
Fax: (713) 483-9116

– and –

Ron E. Meisler (admitted *pro hac vice*)
Albert L. Hogan III (admitted *pro hac vice*)
Amy Van Gelder (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Carl T. Tullson (admitted *pro hac vice*)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

ZAIGER LLC
Jeffrey H. Zaiger (*pro hac vice* motion forthcoming)
Judd Lindenfeld (*pro hac vice* motion forthcoming)
432 Park Avenue, Suite 19A
New York, New York 10022
Telephone: (203) 347-7180

*Attorneys for Plaintiffs*