B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS** Black Diamond Commercial Finance, L.L.C.; BDCM Opportunity Fund IV, L.P.; BDCM Opportunity Fund V, L.P.; Black Diamond CLO 2016-1 Ltd.; Black Diamond CLO 2017-1 Ltd.; and Black Diamond CLO 2019-2 Ltd. | **DEFENDANTS** Centerbridge Partners, L.P.; CCP III Credit Acquisition Holdings, LLC; CB Hermes Holdings, L.P.; Centerbridge Capital Partners III, L.P.; and Centerbridge Capital Partners SBS III, L.P. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>See Exhibit A for complete list of attorneys | **ATTORNEYS** (If Known)<br>See Exhibit A for complete list of attorneys |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

The suit seeks a judgment equitably subordinating the Defendants' Prepetition Claims in their entirety to the Plaintiffs' Prepetition Claims under 11 U.S.C. § 510(c), ordering damages caused as a result of Defendants' breach of the Prepetition Credit Agreement, ordering damages for Plan Sponsor Defendants' tortious interference with the Prepetition Credit Agreement, and designating and not counting Defendants' votes on any subsequent chapter 11 plan, whether the plan is proposed by the Debtors or another party pursuant to 11 U.S.C. § 1126(e), and any other relief the Court deems necessary.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
[2] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
    **(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
[3] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
[1] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ An amount to be determined at trial |

Other Relief Sought: 2 - Money Damages for Breach of Prepetition Credit Agreement
3 - Money Damages for Tortious Interference with Prepetition Credit Agreement
4 - Designation of the Centerbridge Lender Defendants' Votes on Account of Prepetition SFA Claims

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Speedcast International Limited, et al. | | BANKRUPTCY CASE NO.<br>Case No. 20-32243 (MI) | |
| DISTRICT IN WHICH CASE IS PENDING  Bankr. S.D. Texas | | DIVISION OFFICE<br>Houston | NAME OF JUDGE<br>Marvin Isgur |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>/s/ Wallis M. Hampton<br>Wallis M. Hampton, Attorney-in-Charge, State Bar No. 00784199,<br>Federal Bar No. 16123, 1000 Louisiana Street, Suite 6800, Houston, Texas 77002<br>Tel: (713) 655-5116 Fax (713) 483-9116 | | | |
| DATE  12/09/2020 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Wallis M. Hampton | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**Exhibit A**

Counsel for Plaintiffs

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Wallis M. Hampton
Attorney-in-Charge
State Bar No. 00784199
Federal Bar No. 16123
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5116
Fax: (713) 483-9116

– and –

Ron E. Meisler (admitted *pro hac vice*)
Albert L. Hogan III (admitted *pro hac vice*)
Amy Van Gelder (admitted *pro hac vice*)
Christopher M. Dressel (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

Carl. T Tullson (admitted *pro hac vice*)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

*Attorneys for Plaintiffs*

Counsel for Defendants

Paul E. Heath (09355050)
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500 Houston, Texas  77002
Tel:  (713) 758-2222
Fax:  (713) 758-2346
Email: pheath@velaw.com

- and -

Matthew W. Moran (24002642)
Trevor G. Spears (24106681)
VINSON & ELKINS LLP
2001 Ross Ave., Suite 3900
Dallas, Texas  75201
Tel:  (214) 220-7700
Fax:  (214) 220-7716
Email:  mmoran@velaw.com
tspears@velaw.com

- and -

Richard G. Mason (admitted pro hac vice)
Amy R. Wolf (admitted pro hac vice)
John R. Sobolewski (admitted pro hac vice)
Angela K. Herring (admitted pro hac vice)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
Email:  rgmason@wlrk.com
         arwolf@wlrk.com
         jrsobolewski@wlrk.com
         akherring@wlrk.com